AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Samson, Katharine M. | **2. Court or Organization**<br><br>U.S.Bankruptcy Court, Southern District Mississippi | **3. Date of Report**<br><br>06/12/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

2012 15th Street, Suite 244
Gulfport, MS 39501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Center for American and International Law | 2/21/2018-2/23/2018 | New Orleans, LA | Speaker at Conference | Transportation, meals, lodging |
| 2. | George Mason Univesity Foundation | 6/13/2018-6/17/2018 | Boston, MA | Judicial Education | Transportation, meals, lodging |
| 3. | National Conference of Bankruptcy Judges | 10/27/2018-10/31/2018 | San Antonio, TX | Attend Committee Meeting | Transportation, lodging |
| 4. | MS Bankruptcy Conference | 11/7/2018-11/9/2018 | Biloxi, MS | Speaker at Conference | Meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Marlette Funding | Installment Loan | K |
| 2. | Southern Ag Credit | Mortgage on Raw Land | M |
| 3. | Capital One | Credit Card | K |
| 4. | Chase | Credit Card | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Royalty Interest - Jeff Parish, LA (Hilcorp) | B | Royalty | J | W | | | | | |
| 2. Green Channel, LLC (See Part VIII) | E | Rent | L | U | | | | | |
| 3. La Jolla Farms, LLC (See Part VIII) | B | Rent | O | U | | | | | |
| 4. Brokerage Acct. #1 (IRA) Fideleity Contrafund [Raymond James] | C | Dividend | K | T | | | | | |
| 5. Merrill Lynch Cash Account | A | Interest | K | T | | | | | |
| 6. Ameritrade IRA SEP (H) | | | | | | | | | |
| 7. -Ameritrade Deposit Account | A | Interest | M | T | | | | | |
| 8. -Columbia Select Intl Equity Z | A | Dividend | J | T | | | | | |
| 9. -Abbvie Inc Com Stock | A | Dividend | J | T | | | | | |
| 10. -Alibaba Group Holdings Com Stock | | None | J | T | Buy | 5/9/18 | K | | |
| 11. -Amazon.Com Inc. Com Stock | | None | K | T | Buy | 7/30/18 | K | | |
| 12. -AT&T Inc Com Stock | A | Dividend | J | T | Buy | 5/9/18 | J | | |
| 13. -Auscann Group Holdings LTD Com Stock | | None | J | T | Buy | 3/7/18 | J | | |
| 14. -Canopy Growth Corp Com Stock | | None | J | T | Buy | 2/27/18 | J | | |
| 15. -Chubb Ltd Com Stock | A | Dividend | K | T | | | | | |
| 16. -Facebook Inc Com Stock | | None | K | T | | | | | |
| 17. -Freeport McMoran Com Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -GW Pharmaceuticals PLC Stock | | None | J | T | Buy | 5/9/18 | J | | |
| 19. -Las Vegas Sands Corp Com Stock | A | Dividend | J | T | Buy | 5/9/18 | J | | |
| 20. -Lloyds Banking Group PLC Stock | A | Dividend | J | T | | | | | |
| 21. -MGM Resorts International Com Stock | A | Dividend | J | T | Buy | 5/9/18 | J | | |
| 22. -National Oilwell Varco Inc Com Stock | A | Dividend | J | T | | | | | |
| 23. -Nextera Energy Inc Com Stock | A | Dividend | K | T | Buy | 5/24/18 | K | | |
| 24. -NOW Inc Com Stock | | None | J | T | | | | | |
| 25. -Pfizer Inc Com Stock | A | Dividend | J | T | | | | | |
| 26. -Smucker JM Co Com Stock | A | Dividend | J | T | | | | | |
| 27. -Titan Medical Inc Com Stock | | None | J | T | | | | | |
| 28. -Under Armour Inc Com Stock | | None | J | T | Buy | 6/7/18 | J | | |
| 29. -United Health Group Inc Com Stock | A | Dividend | K | T | | | | | |
| 30. -Zillow Group Inc Com Stock | | None | J | T | Buy | 5/9/18 | J | | |
| 31. Stifel Nicolaus IRA (H) | | | | | | | | | |
| 32. -Stifel Nicolaus Money Market | A | Interest | L | T | | | | | |
| 33. -Altria Group Inc Com Stock | A | Dividend | J | T | | | | | |
| 34. -Cisco Systems Inc Com Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Walt Disney Company Com Stock | A | Dividend | J | T | | | | | |
| 36. -Exxon Mobil Corp com Stock | A | Dividend | K | T | | | | | |
| 37. -Fortune Brands Com Stock | A | Dividend | J | T | | | | | |
| 38. -Intel Corp | A | Dividend | J | T | | | | | |
| 39. -Johnson & Johnson Com Stock | A | Dividend | J | T | | | | | |
| 40. -Kraft Heinz Com Stock | A | Dividend | J | T | | | | | |
| 41. -Microsoft Corp Com Stock | A | Dividend | K | T | | | | | |
| 42. -Mondelez International Inc Stock | A | Dividend | J | T | | | | | |
| 43. -Philip Morris Com Stock | A | Dividend | J | T | | | | | |
| 44. -Capital World Growth & Income Fund Class C | A | Dividend | J | T | | | | | |
| 45. Lexterra, LLC | D | Distribution | L | U | | | | | |
| 46. Hancock Bank IRA | | | | | | | | | |
| 47. -AEGFX | A | Dividend | | | Sold | 6/29/18 | J | B | |
| 48. -FZAXX | A | Dividend | | | Sold | 6/29/18 | J | A | |
| 49. -HHBUX (See Part VIII) | A | Dividend | | | Sold | 6/29/18 | K | C | |
| 50. -HHDAX (See Part VIII) | A | Dividend | | | Sold | 6/29/18 | K | B | |
| 51. -GFFFX | A | Dividend | | | Sold | 6/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -FIMKX | A | Dividend | | | Sold | 6/29/18 | J | A | |
| 53. -FIIMX | A | Dividend | | | Sold | 6/29/18 | K | A | |
| 54. -FINSX | A | Dividend | | | Sold | 6/29/18 | L | D | |
| 55. -LCEYX | A | Dividend | | | Sold | 6/29/18 | K | B | |
| 56. -ATDYX | A | Dividend | | | Sold | 6/29/18 | K | A | |
| 57. -REIPX | A | Dividend | | | Sold | 6/29/18 | K | A | |
| 58. -LCRFX | A | Dividend | | | Sold | 6/29/18 | J | A | |
| 59. -LDLFX | A | Dividend | | | Sold | 6/29/18 | J | A | |
| 60. -VNQ | A | Dividend | | | Sold | 6/29/18 | J | A | |
| 61. -PHDAX converted to PTTPX | A | Dividend | | | Sold | 6/29/18 | K | A | |
| 62. -PTTAX converted to PHLPX | A | Dividend | | | Sold | 6/29/18 | J | A | |
| 63. Legalwood, LLC (See Part VIII) | | None | M | U | | | | | |
| 64. Charles Schwab Account #1 | | | | | | | | | |
| 65. -Charles Schwab Cash Accout | A | Interest | J | T | | | | | |
| 66. -Coca Cola Com Stock | A | Dividend | J | T | | | | | |
| 67. -Nokia Corp Com Stock | A | Dividend | J | T | | | | | |
| 68. Charles Schwab Account #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 70. -Coca Cola Com Stock | A | Dividend | J | T | | | | | |
| 71. -Nokia Corp Com Stock | A | Dividend | J | T | | | | | |
| 72. Charles Schwab Account #3 | | | | | | | | | |
| 73. -Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 74. -Coca Cola Com Stock | A | Dividend | J | T | | | | | |
| 75. -Nokia Corp Com Stock | A | Dividend | J | T | | | | | |
| 76. BancorpSouth Savings Account | A | Interest | J | T | | | | | |
| 77. Dakota, Buga & Kim Holdings, LLC (See Part VIII) | C | Distribution | K | U | | | | | |
| 78. LPL IRA | | | | | | | | | |
| 79. -PFF | B | Dividend | K | T | Buy | 7/2/18 | K | | |
| 80. -HYG | B | Dividend | K | T | Buy | 7/2/18 | K | | |
| 81. -QQQ | A | Dividend | K | T | Buy | 7/2/18 | K | | |
| 82. -IWF | A | Dividend | K | T | Buy | 7/2/18 | K | | |
| 83. -BSV | A | Dividend | K | T | Buy | 7/2/18 | K | | |
| 84. -DVY | A | Dividend | K | T | Buy | 7/2/18 | K | | |
| 85. -MDYG | A | Dividend | J | T | Buy | 7/2/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -SDY | A | Dividend | K | T | Buy | 7/2/18 | K | | |
| 87.  -SCHF | A | Dividend | K | T | Buy | 7/2/18 | K | | |
| 88.  -LPL Cash Acount | A | Interest | J | T | Open | 7/2/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2- Green Channel, LLC owns rental real estate in Gulfport, MS.  Income and value are based on ownership of 1/2 interest in LLC.

Part VII, line 3 - La Jolla Frams, LLC owns real estate in Yazoo County, MS.  Income and value are based on ownership of 58% interest in LLC.

Part VII, line 63 - Legalwood, LLC owns real estate in Brooklyn, MS. Income and value are based on ownership of 1/2 interest in LLC.

Part VII, line 77 - Dakota, Buga & Kim Holdings, LLC is the 12% owner of The Oaks Holding Company, LLC which owns The Oaks Golf Development.  Income and value are based on ownership of 1/3 interest in LLC.

Part VII, lines 49 and 50 - HHBUX and HHDAX were reported as sold on 2017 report and should have been reported as partially sold.

Part VII, FCLIX reported on lines 55 and 56 of 2017 report should have been reported as sold on line 56 and not partially sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 06/12/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Katharine M. Samson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544